United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY COBINE, ET AL,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF EUREKA, EUREKA POLICE DEPARTMENT, and ANDREW MILLS, in his official capacity as Chief of Police,<br><br>    Defendants. | No. C 16-02239 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON EX PARTE APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

On April 25, 2016, Plaintiffs filed an *ex parte* motion for a temporary restraining order, in which they seek to enjoin Defendants from enforcing Eureka Municipal Code section 93.02 to evict homeless residents of the Palco Marsh and seize, store, impound, and/or destroy their personal property and animals. Such eviction is currently scheduled for Monday, May 2, 2016.

It is HEREBY ORDERED that Defendants shall file a response to the motion by no later than 9:00 a.m. on Thursday, April 28, 2016, and Plaintiff shall file a reply by no later than 4:00 p.m. on Thursday, April 28, 2016. The Court will hold a hearing on Friday, April 29, 2016 at 2:00 p.m.

Plaintiffs shall serve a copy of this Order on Defendants by 12:00 noon today, April 26, 2016, and shall file proof of that service with the Court. The parties shall file a notice whether they consent to the jurisdiction of Magistrate Nandor J. Vadas by no later than 10:00 a.m. on Wednesday, April 27, 2016. Judge Vadas has been informed of the parties' dispute, should the parties consent,

is available to handle the matter expeditiously.

**IT IS SO ORDERED.**

Dated: April 26, 2016

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE