1  Cyndy Day-Wilson (SBN. 135045)
   City Attorney
2  *cday-wilson@ci.eureka.ca.gov*
   CITY OF EUREKA
3  OFFICE OF THE CITY ATTORNEY
   531 K Street, Room 200
4  Eureka, CA 95501
   Telephone: (707) 441-4147
5  Facsimile: (707) 441-4148

6  Attorney for CITY OF EUREKA, EUREKA
   POLICE DEPARTMENT and ANDREW
7  MILLS, in his official capacity as Chief of Police

8

9                UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

11

| 12 | STACY COBINE, NANETTE DEAN, CHRISTINA RUBLE, LLOYD PARKER, GERRIANNE SCHULZE, SARAH HOOD, AARON KANGAS, LYNETTE VERA, AUBREY SHORT, MARIE ANNTONETTE KINDER, and JOHN TRAVIS, | Case No. 16-cv-02239-JSW |
|---|---|---|
| | | **STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| | Plaintiffs, | The Hon. Jeffrey S. White |
| | v. | |
| | CITY OF EUREKA, EUREKA POLICE DEPARTMENT, and ANDREW MILLS in his official capacity as Chief of Police, | |
| | Defendants. | |

21

22     Plaintiffs Stacy Cobine, Nanette Dean, Christina Ruble, Lloyd Parker, Gerrianne Schulze,

23  Sarah Hood, Aaron Kangas, Lynette Vera, Aubrey Short, Marie Anntonette Kinder, and John Travis,

24  and Defendants City of Eureka, Eureka Police Department, and Andrew Mills, in his official

25  capacity as Chief of Police, respectively through their attorneys of record, Shelley K. Mack, Esq.

26  and Cyndy Day-Wilson, City Attorney of Eureka, hereby stipulate and request this Court to continue

27  the Case Management Conference scheduled for Friday August 5, 2016, at 11:00 A.M., to a date

28
                                              1
   STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;

within 90 days after any court ruling on a class action certification.

Plaintiffs have informed Defendants that they will be filing an amended complaint on or before August 5, 2016 which is the same day scheduled for Defendants' Motion to Dismiss under Federal Rule 12(b)(6). In addition, Plaintiffs will be seeking certification of a class action against Defendants through a motion to be filed subsequent to the amended complaint.

Both Plaintiffs and Defendants seek this continuance to allow each time to file and respond to, as appropriate, the Amended Complaint and the Motion for Class Action Certification. Proceeding on August 5, 2016 will waste significant resources for the court and all parties in light of the soon to be filed Amended Complaint and Motion for Class Action Certification.

SO STIPULATED.

Dated: July 14, 2016        By: _____
                                Cyndy Day-Wilson, City Attorney
                                Attorney for Defendants
                                CITY OF EUREKA, EUREKA POLICE
                                DEPARTMENT, and ANDREW MILLS in his
                                official capacity as Chief of Police

Dated: July 14, 2016        By: _____
                                Shelley K. Mack
                                Attorney for Plaintiffs
                                STACY COBINE, NANETTE DEAN,
                                CHRISTINA RUBLE, LLOYD PARKER,
                                GERRIANNE SCHULZE, SARAH HOOD,
                                AARON KANGAS, LYNETTE VERA,
                                AUBREY SHORT, MARIE ANNTONETTE
                                KINDER, and JOHN TRAVIS

1 [~~PROPOSED~~] ORDER ON STIPULATION

2 PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED that the

3 Case Management Conference be continued from Friday August 5, 2016, at 11:00 A.M., to a date

4 within 90 days of any court ruling on Plaintiffs' Motion for Class Action Certification.

5 The Court construes the stipulation of the parties to file an amended complaint to moot the pending
IT IS SO ORDERED. motion to dismiss. The Court DENIES the motion to dismiss AS MOOT.

6

7 Dated: July 18, 2016 _____
Honorable Jeffrey S. White
8 United States District Judge

3