Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stacy Cobine, et al.,<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>City of Eureka, et al.,<br><br>　　　　Defendant(s) | Case No. C 16-02239 JSW<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
　Provider to be mutually determined at a later date.

*Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you **must** file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil L.R. 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: within 90 days of any court ruling on class action certification.

Date: July 14, 2016　　　　Signed: _____
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: July 14, 2016　　　　Signed: _____
　　　　　　　　　　　　　　　　　Attorney for Defendant

Print Form

☒　IT IS SO ORDERED
☐　IT IS SO ORDERED WITH MODIFICATIONS:

　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　U.S. DISTRICT/~~MAGISTRATE~~ JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices:
"Stipulation & Proposed Order Selecting Mediation" *or* "Stipulation & Proposed Order Selecting ENE" *or* "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 6-2016