CYNDY DAY-WILSON, ESQ. (SBN 135045)
PO Box 383
Loleta, California 95551
Telephone: (619) 887-8381
cdaywilson1@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| STACY COBINE, NANETTE DEAN, CHRISTINA RUBLE, LLOYD PARKER, GERRIANNE SCHULZE, SARAH HOOD, AARON KANGAS, LYNETTE VERA, AUBREY SHORT, MARIE ANNTONETTE KINDER, and JOHN TRAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA, EUREKA POLICE DEPARTMENT, and ANDREW MILLS in his official capacity as Chief of Police,<br><br>Defendants. | Case No. 16-cv-02239-JSW<br><br>**NOTICE OF WITHDRAWL OF COUNSEL**<br><br>The Honorable Jeffrey S. White |

NOTICE TO THE COURT AND ALL COUNSEL, effective June 26, 2018, Cyndy Day-Wilson, has resigned her position as City Attorney of the City of Eureka and no longer has any legal authority to act on behalf of the City of Eureka. The City is not currently represented by counsel on this matter.

DATED: June 27, 2018                    CYNDY DAY-WILSON, ESQ.

By: _/s/ Cyndy Day-Wilson_
Cyndy Day-Wilson, Esq.

NOTICE OF WITHDRAWAL OF COUNSEL