Shelley K. Mack, SBN 209596
1416 Bates Road
McKinleyville, California 95519
Tel: (707) 599-7375
shelleykmack@gmail.com

Attorney for Plaintiffs
STACY COBINE, NANETTE DEAN,
CHRISTINA RUBLE, LLOYD PARKER,
GERRIANNE SCHULZE, SARAH HOOD,
AARON KANGAS, LYNETTE VERA,
AUBREY SHORT, MARIE ANNTONETTE KINDER,
and JOHN TRAVIS

JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

Attorney for Defendants
CITY OF EUREKA, EUREKA
POLICE DEPARTMENT, and
ANDREW MILLS, in his official
capacity as Chief of Police

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACY COBINE, NANETTE DEAN, CHRISTINA RUBLE, LLOYD PARKER, GERRIANNE SCHULZE, SARAH HOOD, AARON KANGAS, LYNETTE VERA, AUBREY SHORT, MARIE ANNTONETTE KINDER, and JOHN TRAVIS,<br>　　　　Plaintiffs,<br>vs.<br>CITY OF EUREKA, EUREKA POLICE DEPARTMENT, and ANDREW MILLS, in his official capacity as Chief of Police,<br>　　　　Defendants. | CASE NO. 16-cv-02239-JSW<br><br>**JOINT STATUS REPORT**<br><br>Date:　　　　N/A<br>Time:　　　　N/A<br>Courtroom:　5, 2nd Floor<br>Judge:　　　Hon. Jeffrey S. White |

1

JOINT STATUS REPORT

Pursuant to the Court's Order [Document 72], the parties submit the following joint status report:

This action challenges an anti-camping ordinance (the "Ordinance") in the City of Eureka (the "City").[1] In April 2019, the Ninth Circuit issued its decision in *Martin v. City of Boise*, 920 F.3d 584 (2019), that appears to govern this action. The United States Supreme Court denied review of *Martin* on December 16, 2019.

The City explored, with Plaintiffs (via their counsel), potential ways to revise the Ordinance in the wake of the *Martin* decision. Unfortunately, those discussions did not result in an agreed revised ordinance.

Notwithstanding the lack of agreement with Plaintiffs, the City has taken steps to repeal the Ordinance and concurrently enact a new Ordinance consistent with the *Martin* decision (the "New Ordinance"). On February 2, 2021, a motion carried in the City Council to introduce the New Ordinance. On February 16, 2021, the New Ordinance was adopted. The New Ordinance will be effective on March 18, 2021. At that time, the City believes this action will be rendered moot and the City will ask Plaintiffs to dismiss the action.

Counsel for Plaintiffs is evaluating the New Ordinance adopted February 16, 2021 to determine whether it is consistent with the *Martin* decision. Plaintiffs also seek monetary damages in connection with the original adoption of the Ordinance and enforcement of the Ordinance against them prior to adoption of the New Ordinance. Provided that the New Ordinance is consistent with the *Martin* decision and further informal discussions with the City resolve Plaintiffs' claims for monetary damages, this matter will then be in a posture for dismissal. Counsel for Plaintiffs respectfully requests that the Court set a further status

///

---

[1] The City has not enforced the Ordinance since at least September of 2018. The operative complaint alleges four causes of action. All but the First Cause of Action for violation of the 8th Amendment have been dismissed. The First Cause of Action challenges the Ordinance and seeks nominal damages.

conference within 90 to 120 days, by which time Counsel for Plaintiffs expects those outstanding issues may be brought to a close.

                                         Respectfully submitted,

                                         FOX ROTHSCHILD LLP

Dated: March 1, 2021.                        By *s/Jack Praetzellis*
                                                  JACK PRAETZELLIS
                                         Attorneys for Defendants CITY OF EUREKA *et al.*

Dated: March 1, 2021.                              s/*Shelley K. Mack*
                                                  SHELLEY K. MACK
                                         Attorney for Plaintiffs STACY COBINE *et al.*

176701\00006\120005190.v3