JACK PRAETZELLIS (SBN 267765)
jpraetzellis@foxrothschild.com
**FOX ROTHSCHILD LLP**
345 California Street, Suite 2200
San Francisco, CA 94104-2670
Telephone:    415.364.5540
Facsimile:    415.391.4436

Attorneys for Defendants CITY OF EUREKA,
EUREKA POLICE DEPARTMENT, and
ANDREW MILLS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY COBINE, NANETTE DEAN, CHRISTINA RUBLE, LLOYD PARKER, GERRIANNE SCHULZE, SARAH HOOD, AARON KANGAS, LYNETTE VERA, AUBREY SHORT, MARIE ANNTONETTE KINDER, and JOHN TRAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF EUREKA, EUREKA POLICE DEPARTMENT, and ANDREW MILLS in his official capacity of Chief of Police,<br><br>Defendants. | Case No. 16-cv-02239-JSW<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br>The Honorable Jeffrey S. White |

Pursuant to the Stipulation for Dismissal [Doc # 91] and the Application for Order Dismissing Action Pursuant to FRCP 25 [Doc # 92], this action is DISMISSED with prejudice.

Dated:  ___July 14, 2022___ .

_____
The Honorable Jeffrey S. White
United States District Court Judge